IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DARLA G. GOULLA | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | 1:21-CV-1042-RP |
| v. | § | |
| | § | |
| WELLS FARGO BANK and DITECH | § | |
| CUSTOMER SERVICE, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

On August 18, 2022, the Court issued an order dismissing Plaintiff's complaint. (Dkt. 9). As

nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil

Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 18, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE